THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-080RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| BRYAN E. SARNOWSKI, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on defendant's unopposed motion for a continuance of the pretrial motions deadline, and the Court having considered the facts set forth in the motion, GRANTS the motion (Dkt. #19). All pretrial motions, including motions in limine, shall be filed no later than September 23, 2019.

IT IS SO ORDERED.

DATED this 10th day of September, 2019.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE
(*Bryan E. Sarnowski*; CR19-080RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**