The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRYAN EDMOND SARNOWSKI,<br><br>Defendant. | NO. CR19-080-RAJ<br><br>ORDER EXCLUDING IMPROPER REFERENCES TO DEFENDANT'S POSSIBLE SENTENCE |

The United States of America filed a motion *in limine* seeking an order by the Court prohibiting the defense from making improper references about potential punishment in the presence of the jury, as described in the motion. Good cause appearing, and no opposition being filed, the Court hereby

ORDERS that the Government's motion (Dkt. #21) is GRANTED. Counsel for Defendant Bryan Sarnowski and Defendant Bryan Sarnowski, and any other defense witnesses, shall not refer, before the jury, in questioning, argument, elicited testimony, or otherwise, to the potential prison time Defendant faces if he is found guilty.

///

///

ORDER EXCLUDING IMPROPER REFERENCE
TO SENTENCE - 1
*United States v. Bryan Sarnowski;* CR19-080-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    This Order does not preclude any otherwise appropriate inquiry about potential
2 consequences facing any witness who is testifying in exchange for favorable
3 consideration in a criminal case.
4    DATED this 4th day of October, 2019.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER EXCLUDING IMPROPER REFERENCE
TO SENTENCE - 2
*United States v. Bryan Sarnowski;* CR19-080-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970