THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-080RAJ |
| Plaintiff, | ) | |
| v. | ) | MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |
| BRYAN E. SARNOWSKI, | ) | |
| Defendant. | ) | |

COMES NOW the defendant, Bryan Sarnowski, by his counsel, and hereby moves this Court to order that the Defendant's Sentencing Memorandum be filed under seal and secured from public access until further order of the Court.

This motion is based upon the sensitive and confidential nature of information contained in said document which, if made public, could result in irreparable harm to the defendant.

The public's right of access is therefore outweighed by the interests of both the public and the parties in protecting said files, records, and documents from public view, thereby constituting a compelling reason to order that this Defendant's Sentencing Memorandum be sealed.

DATED this 3rd day of May, 2021.

Respectfully submitted,

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Bryan E. Sarnowski

---

MOTION TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM
(*Bryan Sarnosski;* CR19-080RAJ)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100